**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EMMITT ANTWAN RILEY, JR.                                                    PLAINTIFF
ADC #117368


V.                                         NO: 5:07CV00209 BSM/HDY

DREW COUNTY
DETENTION FACILITY *et al.*                                                DEFENDANTS


### JUDGMENT

       Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

       DATED this 16th day of June, 2008.


_____
UNITED STATES DISTRICT JUDGE